FLORENCE E. MIRALDI, Respondent, v. DOMINICK A. MIRALDI, Appellant.— In a divorce action, defendant appeals from an order of the Supreme Court, Richmond County, dated November 23, 1970, which granted plaintiff's motion for a counsel fee and expenses upon her appeal from portions of the judgment of divorce rendered in the action and awarded her $2,500 to cover the counsel fee and printing expenses. Order modified by reducing the award to $1,750. As so modified, order affirmed, without costs. In our opinion, the award was excessive to the extent indicated herein. Rabin, P. J., Hopkins, Munder, Latham and Christ, JJ., concur.

PHYLLIS MORROW et al., Appellants, v. SHENDELL SECURITIES, INC., Respondent, et al., Defendant.— In this action for reformation of two contracts, recovery of certain bearer bonds and injunctive relief, plaintiffs appeal from an order of the Supreme Court, Queens County, dated June 4, 1971, which denied their motion for a preliminary injunction with respect to the bonds. Order reversed, with $10 costs and disbursements, and motion granted. Settle order on two days' notice, upon the return of which notice the parties may submit affidavits with respect to the amount and terms of the undertaking to be furnished by plaintiffs. In the interests of justice and with a view toward preserving the *status quo* pending a full trial on the merits, we are of the opinion that a preliminary injunction should be granted restraining respondent from disposing of the disputed bonds and that an immediate trial should be held to determine the rights of the parties. We therefore direct that respondent submit to an examination before trial, on five days' written notice to be given by plaintiffs, the examination to be held within 10 days after entry of the order to be settled and entered hereon, and that trial of the action be set for the first term following completion of the examination. Plaintiffs shall serve and file the necessary note of issue. Hopkins, Acting P. J., Latham, Christ, Brennan and Benjamin, JJ., concur.

DONALD O'CONNELL, Appellant, v. EPCO PRODUCTS, INC., Respondent. — In a negligence action to recover damages for personal injuries, plaintiff appeals from a judgment of the Supreme Court, Orange County, entered December 2, 1970, in favor of defendant, upon the trial court's dismissal of the complaint at the end of a jury trial. Judgment reversed and new trial granted, with costs to abide the event. The questions of fact have not been considered. The question whether there was a cautious alternative for plaintiff to take was one of fact. Munder, Acting P. J., Shapiro, Gulotta, Brennan and Benjamin, JJ., concur.